UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MELISSA WHITE, | Case No. 1:08-cv-734 |
| Plaintiff, | Chief Judge Paul L. Maloney |
| v. | |
| NORTHERN MICHIGAN REGIONAL HOSPITAL, | |
| Defendant. | |

## AMENDED JUDGMENT

**Judgment is entered in favor of the defendant** and against the plaintiff to this extent:

All Title VII claims are **DISMISSED with prejudice**.

All state-law claims are **DISMISSED without prejudice.**

This is a final order.

**IT IS SO ORDERED** on this   22nd   day of March 2010.

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge