UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HALBERT CROMPTON,
    Petitioner,

                No. 1:07-cv-797

-v-

                HONORABLE PAUL L. MALONEY

KENNETH MCKEE,
    Respondent.

<u>JUDGMENT</u>

   Having denied Halbert Cromption's petition for writ of habeas corpus, pursuant to Rule 58

of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Respondent and against

Petitioner. **THIS ACTION IS TERMINATED. IT IS SO ORDERED.**

Date:  <u>March 22, 2010</u>        <u>/s/ Paul L. Maloney</u>
                     Paul L. Maloney
                     Chief United States District Judge